**FILED**
September 16, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: BT
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Case No: SA:26-CR-00471-FB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOHNNY ACUNA-JACOBO,**

**Defendant.**

**INDICTMENT**

**COUNT 1:** 18 U.S.C. § 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers or Employees

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 111(a)(1) and (b)]**

On or about August 31, 2026, in the Western District of Texas, Defendant,

**JOHNNY ACUNA-JACOBO,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: P.L., H.H., E.B.R., Deportation Officers with Immigration and Customs Enforcement who were engaged in official duties with a dangerous weapon, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL

[redacted]

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________________
FOR: COLLEEN HANAGAN
Assistant United States Attorney